ENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>PAIROJ NOINOUM, in individual and representative capacity as trustee of The Pairoj and Vilawan Noinoum Family Revocable Trust; VILAWAN NOINOUM, in individual and representative capacity as trustee of The Pairoj and Vilawan Noinoum Family Revocable Trust; MINNEY'S, INC., a California Corporation; and Does 1-10,<br><br>Defendants. | **Case:** 2:20-cv-01281-PA-JPR<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Orlando Garcia, hereby voluntarily dismisses the above captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Pairoj Noinoum ; Vilawan Noinoum and Minney's, Inc. has neither answered Plaintiff's Complaint, nor filed a motion for summary

judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: May 01, 2020     CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff

Plaintiff's Notice of Voluntary Dismissal With Prejudice Pursuant to
Federal Rule of Civil Procedure 41(a)(1)(A)(i)